**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6662

PRESTON HANCOCK,

              Plaintiff - Appellant,

        v.

WENDY BROWN, Case Manager Court Legal,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:08-cv-00014-HEH)

Submitted:  June 19, 2008          Decided:  June 25, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston Hancock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Hancock appeals the district court's order dismissing without prejudice his complaint for failing to return a consent to the collection of fees form. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hancock v. Brown</u>, No. 3:08-cv-00014-HEH (E.D. Va. Apr. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>